IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TITUS HENDERSON,

    Plaintiff,

v.

SCOTT WALKER, MIKE HUEBSCH,
DOUGLAS LAFOLLETTE, CARLO ESQUEDA,
LORETTA LYNCH, JOHN VANDRIEUL,
GLENN FINE, ELLEN RAY, BARBARA CRABB,
EDWARD WALL, GARY BOUGHTON,
LEBEUS BROWN, DAVID GARDNER,
WILLIAM BROWN, TAMMY DICKMAN,
KATHRYN ANDERSON, STACEY HOEM,
DIANE ALDERSON, STEPHANIE BROWN,
JONI S. SHARPE, MARY TAYLOR,
TRACEY GERBER, and TIMOTHY HAINES,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-417-jdp

---

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice for plaintiff's failure to comply with Federal Rules of Procedure 8 and 20.

    /s/                                                                               5/24/2017

Peter Oppeneer, Clerk of Court                        Date