# UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

Titus Henderson, Pro-se
   Appellant-Plaintiff

v.

Scott Walker, Mike Huebsch, et al.
   Appellee-Defendants

Cir. Ct. _____
Dist. Ct. #15-cv-417-jdp

## NOTICE OF APPEAL

Appellant-Plaintiff Titus Henderson, Pro-se, hereby submit Notice To Appeal judgment in favor of defendants Scott Walker, et al. to United States Court Of Appeals, Seventh Circuit, from the final judgment by Judge James Peterson dismissing civil action with prejudice, entered on May 24, 2017.

## ISSUES FOR REVIEW

I.) PRECEDENT ESTABLISH IT IS ABUSE OF DISCRETION TO DISMISS CIVIL ACTION WITH PREJUDICE.

II.) IS IT ABUSE OF DISCRETION FOR FAILURE TO FOLLOW FRCP 21, BEFORE DISMISSAL FOR FAILURE TO PROSECUTE?

LEGAL 299317

June 12, 2017.

Respectfully Submitted By:

Titus Henderson 299317
WCI-NWCH
P.O. Box 351
Waupun, WI 53963